UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-60071-DIMITROULEAS

UNITED STATES OF AMERICA

v.

MOSES PERNELL FRAZIER, JR.,

    Defendant.
_____/

## ORDER

This matter comes before the Court upon the Parties' Stipulated *Nebbia* [D.E. 14]. Upon review of the Stipulated *Nebbia*, as well as the supporting documents received from Defendant, it is hereby **ORDERED AND ADJUDGED** that the *Nebbia* requirement on Defendant Moses Pernell Frazier, Jr.'s bond is satisfied.

Done and ordered this 3rd day of April, 2009.

ROBIN S. ROSENBAUM
UNITED STATES MAGISTRATE JUDGE

cc:    Hon. William P. Dimitrouleas
        Counsel of Record